IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02404-LTB

STEVEN TULLER, also known as
STEVEN MICHAEL TULLER, also known as
STEVEN M. TULLER,

    Plaintiff,

v.

JOHN HICKINLOOPER [sic],
TOM CLEMENTS,
REGGIE BICHA,
JANE DOE, and
TRAVIS TRANI,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 24, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 24 day of October, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Grimm
            Deputy Clerk